

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HUMBERTO RIVAS, Individually, STEVE RIVAS, Individually, ATLANTIS CUSTOM POOLS & SPAS, HUMBERTO RIVAS d/b/a ATLANTIS POOLS & SPAS, and STEVE RIVAS d/b/a ATLANTIS POOLS & SPAS, | § § § § | No. 08-23-00102-CV Appeal from the 243rd Judicial District Court |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2021DCV0785) |
| CARMEN MOLINA, | § | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF FEBRUARY 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.